**FILED: 11/20/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Richard G. Montes, et al.*, | )     **CASE NO. CV 11-7370-GHK (MANx)** |
| **Plaintiffs,** | )     **JUDGMENT** |
| **v.** | ) |
| *Skyline Financial Corp., et al.*, | ) |
| **Defendants.** | ) |

Pursuant to Plaintiffs Richard G. Montes and Nancy L. Montes's ("Plaintiffs') October 6, 2011Notice of Dismissal, Plaintiffs' claims against Defendant Skyline Financial Corporation are **DISMISSED with prejudice**. Pursuant to the Court's November 20, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs' claims against Defendants OneWest Bank, FSB and U.S. Bank are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: November 20, 2012

_____
GEORGE H. KING
Chief United States District Judge